FILED
October 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

WRIT NO. _____

CAUSE NO. 03-15-00319-CV

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

DAVID RAETZSCH, pro se        X    COURT OF APPEALS

    Petitioner,        X    THIRD DISTRICT OF TEXAS

Vs.        X    TRAVIS COUNTY, TEXAS

JEFFREY D. KYLE, CLERK X

    Defendant.        X    STATE OF TEXAS


WRIT OF HABEAS CORPUS, APPLICATION FOR AN
ATTORNEY AT LAW, WITH COMPUTOR

TO THE HONORABLE JUDGES, EN BANC, COURT OF
APPEALS, THIRD DISTRICT OF TEXAS:

COMES NOW, David Raetzsch, pro se, pursuant

to the Texas Constitution (1876), Article 1 Bill of

Rights, Section 12 The writ of habeas corpus is a

writ of right, and [S]hall never be suspended.

The Legislature [S]hall enact laws to render the

remedy speedy and effectual. Petitioner moves

the Court to remain open, pursuant to the

(WRIT 1. of 6.)

Texas
Constitution (1876), Article 1 Bill of Rights,

Section 13, ... All Courts [S]hall be open, and

every person for an injury done him, in his lands,

goods, person, or reputation [S]hall have remedy

by due course of law.

I. AMY STROTHER, DEPUTY CLERK

Wrote a letter to David Raetzsch, Petitioner,

pro se, herein on October 9, 2015, that Petitioner

recieved on October 16, 2015. On behalf of Jeffry

D. Kyle, Clerk, Court of Appeals, the Honorable

Ms. Strother, Deputy Clerk stated:

1. Appeal Brief was due Sept. 24, 2015;
2. Court of Appeals may dismiss "want of prosecution";
3. Ask for "extention of time" with $10.00 filing fee and
   certificate of conference.
4. Also giving Petitioner until October 19, 2015, to
   give a "Satisfactory Response".
            (WRIT 2. of 6.)

## II. LIZ TALERICO, DEPUTY CLERK

Wrote a letter to David Raetzsch, Petitioner, pro se, herein on September 11, 2015 stating the Court recieved Petitioners, "Motion For Leave To Review One Record On Appeal", but did not file it. The Honorable Ms. Talerico, Deputy Clerk, on behalf of Jeffry D. Kyle, Clerk, Court of Appeals, did state Petitioner must e-mail "request for record on appeal" to recordrequest @txcourts.gov or call 512-463-1733 and select option 1 from menu.

## III. IN FORMA PAUPERAS

Justice of the Peace, Precinct 5, granted Petitioner his right to proceed in jury trial "in forma pauperas".

County Court No. 1 then granted Petitioner his right to

(WRIT 3. of 6.)

proceed in trial de novo " in forma pauperas".

Court of Appeals, Honorable Ms. Talerico, Deputy Clerk, accepted and filed Petitioner's " affidavit of indigence" on June 3, 2015. The Court of Appeals, Clerk gave the County Clerk or Court Reporter until June 19, 2015 to contest the " affidavit of indigence" with the <u>Clerk of the Court of Appeals</u>. The Honorable Ms. Mata, Court Reporter contested the affidavit of indigence, in " County Court No. 1". The day of the hearing it was changed to " Travis County District Court".

Travis County District Court granted Petitioner his right to proceed " in forma pauperis" ordered Ms. Mata, Court Reporter to transcribe her notes of the trial de novo, and that Petitioner has right to review

(WRIT 4. of 6.)

that "record on appeal" free of charge. Petitioner is a pauper.

## IV. RECORD ON APPEAL

Petitioner pro se has not been allowed to review the "record on appeal." On August 19, 2015 Petitioner pro se, wrote the Honorable Jeffry D. Kyle, Clerk, Court of Appeals, stating problems to review the "record on appeal." In forma pauperas.

## V. ATTORNEY AT LAW

Evidently Petitioner pro se, or an Attorny at law must have a computer and be computer literate to review the "record on appeal." Therefore Petitioner now moves the Court to appoint an attorny at law, with computer, for the Petitioner. The Court must remain open to Petitioner, in forma

(WRIT 5. of 6.)

pauperas. Petitioner has no money, U.S. currency, no computor, and is computor illiterate. To appeal.

PRAYER   True and correct.

Petitioner pro se prays the Court of Appeals grant Petitioner an Attorny at Law, in good faith and for good cause to appeal this cause no. 03-15-00319-CV as justice would so require.

Respectfully, Submitted,

David Raetzsch   10-19-15

David Raetzsch
Spring Terrace
7101 N. IH 35, Apt. 133
Austin, Texas 78752

(WRIT 6. of 6.)

WRIT NO.

CAUSE NO. 03-15-00319-CV

RECEIVED

OCT 1 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

DAVID RAETZSCH, pro se.   X   COURT OF APPEALS

          Petitioner        X   THIRD DISTRICT OF TEXAS

Vs.                         X   TRAVIS COUNTY, TEXAS

JEFFRY D. KYLE, CLERK       X

COURT OF APPEALS, Respondent X   STATE

## UNSWORN DECLARATION OF INDIGENCY

I am filing this unsworn declaration of indigency in place of affidavit of indigency as allowed by Sec. 132.001 Texas Civil Practices and Remedies Code.

I am unable to pay court costs or filing fees. I declare under penalties of perjury that statements made in this unsworn declaration of indigency are true and correct.

My name is David Raetzsch, born 9-10-55, address 7101 N. IH 35, Apt. 133, Austin, Tx. 78752.

I recieve MAP Insurance, medical due to indigency by Travis County, State of Texas. I am registered with Travis County Housing Authority, who pays rent. My monthly income is $105.67 per month annuity, trust from deceased parents. I have no dependents, I have no auto, or real property. I have a Bank Account with Federal Credit Union. $6.00 per week expenses with MHMR Treatment. $20. a month Bus, Metro Transit. Then food, ect...

Signed David Raetzsch

David Raetzsch  10-19-15